UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAIME DAVID VALLE, individually and on
behalf all other persons similarly situated,

                     Plaintiffs,

    -against-

GDT ENTERPRISES, INC. and
GERARD MCCLOREY

                     Defendants.
------------------------------------------------------------------X

**MEMORANDUM AND ORDER**

20-CV-1095 (SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

On February 15, 2022, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.* and § 650 *et seq.*, Plaintiff Jaime David Valle and Defendants GDT Enterprises, Inc. and Gerard McClorey submitted a motion seeking approval of a Settlement Agreement and Release (the "Settlement Agreement").[1] *See* Docket Entry ("DE") [33]. On March 23, 2022, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* DE [34].

Having reviewed the parties' joint submissions in support of their application, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See Cheeks*, 796 F.3d at 206; *see also Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* Electronic Order dated February 15, 2022.

agreement to determine that it is fair and reasonable).  Accordingly, the Settlement Agreement is approved, and the Clerk of the Court is directed to close this case.

Dated:    Central Islip, New York      **SO ORDERED.**
          March 23, 2022

                                       /s/ Steven I. Locke
                                       STEVEN I. LOCKE
                                       United States Magistrate Judge